UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS HARDEN,

        Plaintiff,

                              Case No. 09-CV-13778
vs.                              HON. GEORGE CARAM STEEH

JP MORGAN CHASE BANK,

        Defendant.
_____/

ORDER GRANTING MOTION TO STAY PROCEEDINGS [DOC. 15] AND
REQUEST TO APPOINT LEGAL COUNSEL FOR PLAINTIFF [DOC. 18]

This matter is before the court on plaintiff Phyllis Harden's motion to stay legal proceedings to obtain counsel, filed April 27, 2010, and her request to appoint counsel, filed May 18, 2010. Plaintiff filed her complaint *pro se*, but now seeks legal counsel in pursuing her case against defendant JP Morgan Chase Bank. Plaintiff met with an attorney through the court's "Ask the Lawyer" program, and the court has been advised that the attorney recommends that counsel be appointed to represent plaintiff in this action. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's request to appoint legal counsel be GRANTED, meaning that the court requests that counsel be appointed to represent plaintiff, **if** such *pro bono* counsel is available through a court-sponsored program.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for stay is GRANTED and the case is STAYED for 30 days so that an attempt may be made to appoint counsel to represent plaintiff in this matter.

Defendant filed a motion to dismiss or for summary judgment on May 14, 2010.

Plaintiff's response brief will be due on or before July 15, 2010.


Dated: May 19, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 19, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---