UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS HARDEN,

         Plaintiff,

                                                               Case No. 09-CV-13778

vs.                                                    HON. GEORGE CARAM STEEH

JP MORGAN CHASE BANK,

         Defendant.
_____/

ORDER REGARDING *PRO BONO* COUNSEL REQUEST

The court made an effort to find an attorney willing to provide *pro bono* assistance to plaintiff Phyllis Harden, stating in its May 19, 2010 order that counsel should be appointed to represent plaintiff "**if** such *pro bono* counsel is available through a court-sponsored program." (Emphasis in original). The court has been advised that the effort was unsuccessful. No further effort will be made by the court to assist Ms. Harden in obtaining counsel, *pro bono* or otherwise. Accordingly, if plaintiff wishes to file her response to the pending motion to dismiss or for summary judgment she shall do so on or before July 15, 2010.

Dated: June 14, 2010

                                                S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 14, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk