UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS HARDEN,

    Plaintiff,

vs.

Case No. 09-CV-13778
HON. GEORGE CARAM STEEH

JP MORGAN CHASE BANK,

    Defendant.
_____/

## ORDER REGARDING *PRO BONO* COUNSEL REQUEST

The court made an effort to find an attorney willing to provide *pro bono* assistance to plaintiff Phyllis Harden, stating in its May 19, 2010 order that counsel should be appointed to represent plaintiff "**if** such *pro bono* counsel is available through a court-sponsored program." (Emphasis in original). The court was advised that an initial effort was unsuccessful, as was a subsequent effort. No further effort will be made by the court to assist Ms. Harden in obtaining counsel, *pro bono* or otherwise. Accordingly, if plaintiff wishes to file her response to the pending motion to dismiss or for summary judgment she shall do so on or before July 15, 2010.

Dated: July 8, 2010

                      S/George Caram Steeh
                      GEORGE CARAM STEEH
                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 8, 2010, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk